**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROTHSCHILD LOCATION TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> XORA, INC., <br><br> Defendant. | C.A. No. 14-640-RGA |

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

Under Federal Rule of Civil Procedure 41(a), Rothschild Location Technologies, LLC ("RLT"), dismisses it claims against Xora, Inc. ("Xora"), with prejudice.  Xora dismisses its counterclaims of non-infringement against RLT with prejudice and dismisses it counterclaims of invalidity against RLT with prejudice, and each party bears its own attorneys' fees and costs.

January 13, 2015

BAYARD, P.A.

*/s/ Stephen B. Brauerman*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
Sara E. Bussiere (sb5725)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com

OF COUNSEL:

Neal G. Massand
**Ni, Wang & Massand, PLLC**
8140 Walnut Hill Ln., Ste. 310
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900
nmassand@nilawfirm.com

*Attorneys for Rothschild Location Technologies, LLC*

Dated: January 9, 2015

SEITZ ROSS ARONSTAM & MORITZ LLP

*/s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)
100 S. West Street, Suite 400
Wilmington, DE 19801
(302) 576-1600
bschladweiler@seitzross.com

OF COUNSEL:

Robert J. Yorio
Marcus H. Yang
Michael T. Adelsheim
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, CA 94025
(650) 812-3400
yorio@carrferrell.com
myang@carrferrell.com
madelsheim@carrferrell.com

*Counsel for Defendant Xora, Inc.*

IT IS SO ORDERED this ___ day of _____, 2015:

_____
The Honorable Richard G. Andrews
United States District Judge